■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUGENE PENNIX, Appellant. [953 NYS2d 179]—

Concur—Friedman, J.P., Acosta, Renwick, Richter and Abdus-Salaam, JJ.